# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RHONDA L. PARKER,<br><br>　　Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>　　Defendant. | Case No. CIV-14-108-RAW-SPS |

## ORDER AFFIRMING DECISION OF THE COMMISSIONER

On September 10, 2015, the United States Magistrate Judge entered a Report and Recommendation in the above-referenced case, recommending that this Court affirm the Commissioner's decision upholding on appeal the findings of the Administrative Law Judge ("ALJ"), denying benefits to Plaintiff. Plaintiff filed an objection on September 15, 2015, re-urging her arguments from her opening brief and arguing that the Magistrate Judge erred in his R&R.

Upon full consideration of the entire record and the issues herein, this court finds that the Magistrate Judge's recommendation to affirm the ALJ is well-supported. The ALJ's decision is supported by substantial evidence, and the correct legal standards were applied. Accordingly, the Report and Recommendation of the United States Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's Findings and Order. The decision of the Commissioner upholding on appeal the findings of the ALJ is affirmed.

**IT IS SO ORDERED** this 22nd day of September, 2015.

_____
Ronald A. White
United States District Judge
Eastern District of Oklahoma